423 A.2d 1319

Commonwealth v. Siler, Appellant.

Submitted March 23, 1979.  J. Wesley Oler, Jr., Assistant Public Defender, for appellant;  Edgar B. Bayley, District Attorney, for Commonwealth, appellee.

Before VAN der VOORT, HESTER and WIEAND, JJ.

Judgment of sentence affirmed.